UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TODD REGENOLD,

        Plaintiff,

   v.

RELX INC.,

        Defendant.

Case No. 22-cv-04419-RS

**ORDER RE SCHEDULING**

     Shortly before his opposition to defendant's motion to dismiss was due, plaintiff sought an extension of the briefing schedule and hearing date, to permit his planned motion to remand to be heard and decided prior to the motion to dismiss. Although it often serves judicial efficiency to resolve a motion to remand prior to a motion to dismiss, in this instance plaintiff's argument for remand—that this action does not implicate ERISA—overlaps with the issues raised by the motion to dismiss. Accordingly, in this instance it is appropriate to consider the two motions concurrently, rather than having either one precede the other.

     Plaintiff has now filed his opposition to the motion to dismiss, and defendant should file its reply as scheduled. The hearing date of September 15, however, is vacated. Plaintiff shall file his motion to remand no later than August 31, 2022. Opposition shall be due no later than September 12, 2022. Any reply shall be filed no later than September 16, 2022. The motion to dismiss and the motion to remand will then be set for hearing or submitted for decision, in the court's discretion.

**IT IS SO ORDERED**.

Dated: August 25, 2022

_____
RICHARD SEEBORG
Chief United States District Judge